# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Adero Wells

Case No. Civil 00-2523JRT/SRN

v.

**JUDGMENT IN A CIVIL CASE**

Hennepin County Courts

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioner's application for writ of habeas corpus is DENIED and the action is DISMISSED WITH PREJUDICE.

DATE: January 30, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk